Keith E. Butler (200496)
kbutler@clausen.com
G. Brent Sims (179397)
bsims@clausen.com
CLAUSEN MILLER P.C.
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone  (949) 260-3100
Facsimile  (949) 260-3190

Attorneys for Defendant
STAR INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUTYUN AGADZHANYAN, an individual, doing business as HONDA HEAVAN,<br><br>Plaintiff,<br><br>vs.<br><br>STAR INSURANCE COMPANY, a Michigan Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. **CV10 7486 AHM (SHx)**<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

TO THIS HONORABLE COURT:

The undersigned, counsel of record for Defendant STAR INSURANCE COMPANY certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the court to evaluate possible disqualification or recusal.

-1-

1. ARUTYUN AGADZHANYAN
2. HONDA HEAVAN,
3. STAR INSURANCE COMPANY

DATED: October 6, 2010          CLAUSEN MILLER P.C.

By: *[signature]*
Keith E. Butler
G. Brent Sims

Attorneys for Defendant
STAR INSURANCE COMPANY

76256.1

-2-