# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ARUTYUN AGADZHANYAN, | CASE NO. CV10-7486-AHM (SHx) |
|---|---|
| Plaintiff(s), | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | |
| STAR INSURANCE COMPANY, et al., | |
| Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown before January 7, 2011, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: November 29, 2010

**JS-6**

_____
A. Howard Matz
United States District Court Judge